The People of the State of New York, Respondent, *v.* Joseph Rivera, Appellant.

Submitted May 16, 1938; decided May 18, 1938.

*Thomas E. Dewey*, District Attorney (*Felix C. Benvenga* of counsel), for motion.

*Max Bollt*, *Bertram J. Adams* and *Benjamin Wohl* opposed.

Motion granted and appeal dismissed.